**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| ACTIVE WIRELESS TECHNOLOGIES LLC, | §<br>§<br>§<br>§ | Case No. 2:25-cv-01173-JRG-RSP |
| Plaintiff, | §<br>§ | **JURY TRIAL DEMANDED** |
| v. | §<br>§ | |
| HTC CORPORATION, | §<br>§<br>§ | |
| Defendant. | §<br>§<br>§ | |

**MOTION TO DISMISS**

WHEREAS, Plaintiff Active Wireless Technologies LLC ("AWT" or "Plaintiff") and Defendant HTC Corporation ("HTC" or "Defendant") (collectively, "Parties") have resolved Plaintiff's claims for relief against Defendant asserted in this case.

NOW, THEREFORE, AWT requests the Court to dismiss Plaintiff's claims for relief against Defendant without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: May 7, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580

Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF***
***ACTIVE WIRELESS TECHNOLOGIES, LLC***