**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ACTIVE WIRELESS TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, <br><br> Defendant. | § § § § § § § § § § § § | Case No. 2:25-cv-01173-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION TO DISMISS

On this day, Active Wireless Technologies LLC ("AWT" or "Plaintiff") announced to the Court that it has resolved Plaintiff's claims for relief against Defendant HTC Corporation ("HTC" or "Defendant") asserted in this case. Plaintiff requests that the Court dismiss Plaintiff's claims for relief against Defendant without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that its request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.